# PELTON GRAHAM LLC

ADVOCATES FOR JUSTICE

Brent E. Pelton, Esq.
Pelton@PeltonGraham.com

October 19, 2022

**VIA ECF**

Magistrate Judge James M. Wicks
Eastern District of New York
100 Federal Plaza, Courtroom 1024
Central Islip, New York 11722

  Re: *Osorio Aguirre, et al. v. A & S Vegetables Inc., et al.*
     <u>Civil Action No. 2:22-cv-00191 (JMA)(JMW)</u>

Dear Magistrate Judge Wicks:

  This office represents the plaintiffs in the above-referenced action. We write on behalf of all parties to supplement the joint Motion for Approval of FLSA Settlement (Doc. No. 45) (the "Motion") with a copy of the parties' fully-executed Settlement Agreement.

  At the time that the Motion was filed (i.e., September 28, 2022), the settlement had only been signed by the plaintiffs and we therefore requested the Court to hold off on approving the settlement. (*See* Dkt. No. 45 at 1 n.1). Now that all parties have signed the settlement, we hereby request that Your Honor move forward with the review and approval of the parties' settlement, in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015) and the Court's August 29, 2022 Order.

  We appreciate Your Honor's attention to this matter.

            Respectfully submitted,

            */s/ Brent E. Pelton*

            Brent E. Pelton, Esq. of
            PELTON GRAHAM LLC

Enclosure

cc: All counsel (via ECF)

**New York**: 111 Broadway, Suite 1503, New York, NY 10006  Tel. 212-385-9700  Fax 212-385-0800
**San Francisco**: 456 Montgomery Street, 18th Fl., San Francisco, CA 94104  Tel. 415-437-9100  Fax 212-385-0800

www.PeltonGraham.com